```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


_____
                              :
JEROME LAMAR YOUNG,           :
                              :
          Petitioner,         :    Civ. No. 17-3039 (NLH)
                              :
     v.                       :    MEMORANDUM OPINION
                              :
GEORGE ROBINSON,              :
                              :
          Respondent.         :
_____:
```

APPEARANCES:

Jerome Lamar Young
SBI#212953-C/10
Northern State Prison
P.O. Box 2300
Newark, NJ 07114
     Petitioner Pro se

Danielle Renee Pennino
Cumberland County Prosecutor's Office
115 Vine Street
Bridgeton, NJ 08302
     Counsel for Respondent

HILLMAN, District Judge

  THIS MATTER having been opened by the Court sua sponte, and it appearing that:

  1. On April 28, 2017, Petitioner Jerome Lamar Young ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his 2016 municipal court convictions. (ECF No. 1.)

2. The Court conducted its initial screening of the Petition and ordered Respondent to file an Answer. (ECF No. 3.)

3. On July 20, 2017, Respondent filed the Answer. (ECF No. 6.)

4. According to the online offender database maintained by the New Jersey Department of Corrections, Petitioner was released from custody on August 11, 2017. See https://www20.state.nj.us/DOC_Inmate/details?x=1408138&n=2.

5. Since his release from Northern State Prison, Petitioner has not communicated with the Court regarding his habeas Petition, including failing to provide the Court with his new address in violation of L. Civ. R. 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Based on Petitioner's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Petitioner updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action and address his habeas claims.

7. An appropriate order follows.

Dated: October 26, 2017    s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.